# Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-019-846**
**Effective Date of Registration:**
October 04, 2016

### Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Estelle Maersk Aerial Image - Departing Algeciras Spain, Published approx. Dec. 01, 2006; 15 photos. |
| **Content Title:** | xPSAib-_L4A0219, vNRF1b-_L4A0248, W3dbc-_L4A0231, tpKwf-_L4A0223, wxzb3-_L4A0226, V8zRS-_L4A0235, do4XMb-_L4A0299, D2f6Db-_L4A0243, wYX6yb-_L4A0253, 1iWRH-_L4A0259, e2UNWb-_L4A0255, xYeAGb-_L4A0291, p0Avac-_L4A0268, IDQTGb-_L4A0300, JWhYrb-_L4A0298 (published approx. December 01, 2006). |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | December 01, 2006 |
| **Nation of 1st Publication:** | United Kingdom |

### Author

| | |
|---|---|
| **Author:** | Simon John Burchett |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United Kingdom |
| **Domiciled in:** | United Kingdom |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Simon John Burchett |
| | Holmleigh, Canterbury Road, Ashford Kent UK, TN25 4DL, United Kingdom |

### Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Simon Burchett Photography |
| **Name:** | Simon Burchett |
| **Email:** | sjb@simonburchett.co.uk |
| **Telephone:** | +441233281225 |
| **Address:** | 71 Tritton Fields, Kennington, Ashford, Kent TN24 9HL  United Kingdom |

Page 1 of 2

Copyright Assignment


FOR GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged Simon J. Burchett ("Assignor"), located at [insert address], hereby irrevocably transfers and assigns to Simon J. Burchett Photography, Inc.("Assignee), located at 250 Park Ave., 7th Fl., New York, NY 10028, its successors and assigns, in perpetuity, all right (whether now known or hereinafter invented), title, and interest, throughout the world, including all past rights and infringements, and all copyrights and renewals or extensions thereto, in VA 2-019-846 – images of the Estelle Maersk.

IN WITNESS THEREOF, Assignor has duly executed this Agreement.


Simon J. Burchett

*SimonJBurchett*

_____
Author/Owner

Date: 04/09/2019