# Exhibit 2



# GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

October 30, 2023

**NOTICE OF LITIGATION**
**DEMAND TO CEASE AND DESIST**
**DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL: <support@crov.com>; contact@inQbrands.com>; <rebecca.ho@inqbrands.com>; <crystal.yuan@inqbrands.com>; <floria.xie@inQbrands.com>; <info@focusopta.com>; <guanhao@focuschina.com>; < wuzhengmo@focuschina.com>; <zqb@focuschina.com>; <info@made-in-china.com>

| | |
|---|---|
| Crov Inc.<br>1150 S. Milliken Ave.<br>Ontario, CA 91761 | Jinhua Xie<br>InQBrands Inc.<br>1150 S. Milliken Ave.<br>Ontario, CA 91761 |
| Jin Hua Shen<br>Focus Technology Co., Ltd.<br>No. 7 Lijing Road<br>Jiangbei New District<br>Nanjing 210032<br>China | |

Re:    Simon J. Burchett Photography, Inc. adv. Focus Technology Co., Ltd.
("FOCUS"), InQBrands Inc. ("INQB"), and Crov Inc. ("CROV")

Mr. Xie:

I represent Simon J. Burchett Photography, Inc. the sole owner of the below copyrighted Image titled "L4A0298" of the containership the Estelle Maersk, U.S. Copyright Registration VA 2-019-846 (the "Copyrighted Image").



GARBARINI FITZGERALD P.C.
Page 2

As an initial matter, Focus Technology Co., Ltd., InQBrands Inc., and Crov Inc. are interrelated and function as a single entity.  They are collectively referred to herein as ("FOCUS BRANDS").

FOCUS BRANDS, without license or authority, reproduced, created derivative works, distributed, and publicly displayed the Copyrighted Image in violation of my client's exclusive rights pursuant to Section 106 of the Copyright Act. See 17 U.S.C. § 106.

FOCUS BRANDS, without license or authority, engaged in a massive campaign to distribute and publicly display the unlicensed reproductions and derivatives of the Copyrighted Image.  The unlicensed reproductions are ubiquitous on the FOCUS BRANDS website located at <www.made-in-china.com> (the "FOCUS Website").

FOCUS BRANDS has systematicaly infringed my client's exclusive rights pursuant to Section 106 of the Copyright Act. See 17 U.S.C. § 106.  In fact, FOCUS BRANDS has materially contributed to the infringement, and further dissemination, of unlicensed reproductions of the Copyrighted Images by innumerable third-parties.

The unlicensed and infringing derivatives of the Copyrighted Image created, distributed, and/or publicly displayed by FOCUS BRANDS are stored on the FOCUS Website by FOCUS BRANDS.  Again, we have found hundreds of examples of unlicensed reproductions and infringing derivates of the Copyrighted Images on the FOCUS Website.  See, e.g., below.



Located at:  <https://dycargo.en.made-in-china.com/product/bEnrwGWvsThR/China-Cheapest-Door-to-Door-Drop-Ship-Sea-Shipping-Express-Cargo-Logistics-Service.html>.

GARBARINI FITZGERALD P.C.
Page 3



Located at: <https://jfexpress888.en.made-in-china.com/product/dxYrPEJHUmUn/China-Cheap-Freight-Forwarder-Door-to-Door-Service-Fast-Sea-Air-to-Thailand.html>



Located at: <https://m.made-in-china.com/company-cm-freightforwarder/productlist/group/1637358645>.



Located at: <https://032a8354a9adc41f.en.made-in-china.com/product/hFuALqBDAKUi/China-Professional-freight-agent-Experienced-logistics-service-provider-container-shipment-from-China-to-Egypt-by-sea-air.html>.



Located at: <https://flyingcargo.en.made-in-china.com/product/zdZGaogHXLYq/China-Reliable-LCL-Sea-Freight-Shipping-Cost-China-to-Chile-Colombia-Peru.html>.



Located at: <https://sdilogistics.en.made-in-china.com/product/KdgAmztHsRfS/China-Top-Shipping-Agent-Freight-From-China-Qingdao-to-Buenaventura-Colombia.html>.



Located at: <https://cm-freightforwarder.en.made-in-china.com/product/MmjrDeoHYQUi/China-Fast-International-DHL-UPS-FedEx-TNT-EMS-Express-Service-From-Xining-Chengdu-Kunming-in-China-to-Bern-Zurich-in-Swiss.html>.

Again, the above are just some of the examples of the infringing content on the FOCUS Website. There are hundreds of additional examples. At no time did FOCUS GROUP have a license to reproduce, distribute, publicly display, or create a derivative work of the Copyrighted Image. These are deliberate acts, entitling my client to an enhanced statutory damage award pursuant to 17 U.S.C. § 504(c)(2). The failure to include an attribution, and the removal of all the embedded copyright management information in the Copyrighted Image are violations of the Digital Millennium Copyright Act (the "DMCA"), 17 U.S.C.§ 102, entitling my client to up to $25,000 per violation, plus reasonable costs, and attorneys' fees incurred in this matter.

Provided FOCUS BRANDS immediately cease-and-desists from any further use of the Copyrighted Image, and contacts me prior to 5:00 pm on November 8, 2023, we can discuss a possible pre-litigation resolution. If not, we will have no choice but to file against CROV and INQBRANDS in the Federal Court for the Southern District of New York.

I can be reached at rgarbarini@garbarinilaw.com or at 212.300.5358. In the interim, both FOCUS, INQBRANDS, and CROV are required to preserve all documents including web pages, in their original condition, concerning this matter, or face a possible spoliation charge at the trial of this action.

GARBARINI FITZGERALD P.C.

By: _____
Richard M. Garbarini