# Exhibit 3



# GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

November 12, 2023

**NOTICE OF LITIGATION
DEMAND TO CEASE AND DESIST
DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL TO: <support@crov.com>; <contact@inQbrands.com>; <rebecca.ho@inqbrands.com>; <crystal.yuan@inqbrands.com>; <floria.xie@inQbrands.com>; <info@focusopta.com>; <guanhao@focuschina.com>; <wuzhengmo@focuschina.com>; <zqb@focuschina.com>; <info@made-in-china.com>

Crov Inc.
1150 S. Milliken Ave.
Ontario, CA 91761

Jinhua Xie
InQBrands Inc.
1150 S. Milliken Ave.
Ontario, CA 91761

Jin Hua Shen
Focus Technology Co., Ltd.
1150 S. Milliken Ave.
Ontario, CA 91761

Re:    Simon J. Burchett Photography, Inc. adv. Focus Technology Co., Ltd. ("FOCUS"), InQBrands Inc. ("INQB"), and Crov Inc. ("CROV")

Mr. Shen:

As FOCUS, CROV, and INQB were previously notified, each of you is systematically infringing my client's Copyrighted Image. See attached Demand to Cease-and-Desist. Each of you has chosen to ignore the demand. The attached draft Complaint will be finalized and filed by November 15, 2023 if you do not immediately cease-and-desist and contact me regarding a pre-litigation settlement.

I can be reached at rgarbarini@garbarinilaw.com or at 212.300.5358. In the interim, I remind you again, that FOCUS, CROC and INQB are required to preserve all documents including web pages, in their original condition, concerning this matter, or face a possible spoliation charge at the trial of this action.

GARBARINI FITZGERALD P.C.

By: _Richard M. Garbarini_

Richard M. Garbarini

CERTA BONUM CERTAMEN ◆ FIGHT THE GOOD FIGHT